IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

5 NOV -8 A 9:48

Timmy T. Harris Pro'se Litigant )
)
**Full name and prison number** )
**of plaintiff(s)** )
)                                      CIVIL ACTION NO. 1:05cv1077·T
v.                                     )  (To be supplied by Clerk of
                                       )  U.S. District Court)
Hal Cox Sheriff Investigator )
Dale County Sheriff et'al    )
_____)
_____)
_____)
_____)
_____)
**Name of person(s) who violated** )
**your constitutional rights.** )
**(List the names of all the** )
**persons.)** )

I.  **PREVIOUS LAWSUITS**
    A.  Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action?   YES ( )   NO (✓)

    B.  Have you begun other lawsuits in state or federal court
        relating to your imprisonment?   YES ( )   NO (✓)

    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below.  (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) _____ NONE _____

            _____ NONE _____

            Defendant(s) _____ NONE _____

            _____

        2.  Court (if federal court, name the district; if
            state court, name the county) _____ None _____

            _____

3. Docket number _____N/A_____

4. Name of judge to whom case was assigned __N/A__

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) __N/A__

6. Approximate date of filing lawsuit __N/A__

7. Approximate date of disposition __N/A__

II. PLACE OF PRESENT CONFINEMENT _____

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED __Dale County Jail c/o Dale County Jail P.O Box 279 Ozark, AL 36361__

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| NAME | ADDRESS |
|---|---|
| 1. Hal Cox Investigator | Dale County Courthouse Ozark Alabama |
| 2. B. Mixom Sheriff | Dale County Courthouse Ozark, Alabama |
| 3. | |
| 4. | |
| 5. | |
| 6. | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED __September 8, 2005__

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: __Unlawful Arrest and Detainment.__

**STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND.** (State as best you can the time, place and manner and person involved.)

On or About September 8, The Defendant Hal Cox Sheriff Personnel lied and or falsified information to obtain an Arrest warrant on the Plantiff's case Recieving Stolen Property DC 2005 947 to Arrest me and detain so that he could collect false statements/evidence.

**GROUND TWO:** "Illegal Search and Siezure"

**SUPPORTING FACTS:** On or About September 8, 2005 Hal Cox failed to get a search warrant in order to obtain evidence that he claimed to have confiscated from a car that was used by Myself the Plaintiff. Secondly this car was alledgedly taken from the State of Georgia and the Dale County S.O. has Illegally assumed Jurisdiction of this case by Prosecuting Myself.

**GROUND THREE:** Cruel and Unusual Punishment

**SUPPORTING FACTS:** On or About Sept 8, 2005 Investigator Hal Cox Knowingly Placed the Complaintiff in lock down and has purposilly kept me in here to punish me because I Informed him that I would file a Federal complaint In Addition, I, and other Inmates have been denied Access to the Courts VIA: No Library, No Notary Public and No Access to Materials as you will notice I have No Notary on this document. (See Exhibit)

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I ask that this Court Review the Violations and have Hal Cox et'al brought before this civil court and I also ask for $100,000.00 in damages

*Jimmy Harris*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on Nov 8, 2005 .
(Date)

*Jimmy Harris*
Signature of plaintiff(s)

4