IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

SOUTHERN DISTRICT

RECEIVED
2005 DEC -6 A 9:56
RA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Timmy T. Harris
Plaintiff
v.                                    Civil Action No. 1:05-CV-1077-T

tal Cox et·al
Defendants

## Motion by Plaintiff requesting use of Facility Law Library and Order to do so Pursuant to Rule 7(b)(1) Federal Rules of Civil Procedure

Comes now the Complaintiff and files his Motion requesting the use of the Law Library and the materials in it. Based on the following Grounds to fact:

(1). The Complaintiff as well as the other Inmates both Pre-trial detainees and State Inmates are given no oppurtunities to familarize ourselves with the basic Knowledge concerning our charges. Therefore Putting most Inmates at the complete Mercy of the Plea Inducing and coercive Court Appointed Attorneys. As for the Pretrial Detainee's and State Inmates who desire to educate or represent themselves the Law Library would afford us some basic chance to do so.

And should a Pretrial detainee or State Inmate choose to take his or her case to Trial the outcome is more often predestined a "Sure Loss."

2). The Complaintiff as well as the other Pre-Trial Detainee's and State Inmates are so often given half Priviledges One in Particular is the fact that Inmates are given Stamps, but they are given envelopes or Paper to complete the Process more-the-less covering just a portion of the Priviledge of a Right to Access to the Courts This applies to mainly Indigent Inmates. Secondly If a Inmate or Pretrial Detainee request a Notory of Public the request will be delayed until a officer decides to give the request a answer. Some Instances Inmates usually give up before continuing. The Jail does not allow Ink pens so this is just another hurdle, that a Inmate goes thru, he has to rely on the fact that a officer is either a decent or fair minded person Under the color of the law.

(3). The complaintiff as well as other Pretrial Detainees and State Inmates do desire to use the facility to file motions to use its resources to effectively assist the Court Appointed or Paid Lawyers as well as research our own cases and know for ourselves what we are facing within the fundementals of our basic Rights.

### Order Sought

That this court examine the severity of the fact that a Law Library makes sense, An Order the Dale County Jail Administrators, make known that it has a Law Library to Inmates as well as Appoint the proper staff or Trustee's with legal experience to assist Inmates who are in Pretrial or any legal situation Provide computer and Internet service for Law information.

## Certificate of Service

I hereby certify that the Undersigned do hereby certify that I have on this date sent a copy to this Date had hand delivered this to Hal Cox and the Dale County Jail Administrator via Deputies.

Copies forwarded to all Parties/Defendants

*Tommy Harris*

Submitted on this the __7__ day of December 2005