**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **TIMMY T. HARRIS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Civil Action No.: CV-05-1077-T** |
| | ) | |
| **HAL COX, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR EXTENSION OF TIME**

**COMES NOW** C. Winston Sheehan, Jr., an attorney with the law firm of Ball, Ball, Matthews & Novak, P.A., Post Office Box 2148, Montgomery, Alabama 36102-2148, and enters his appearance as counsel for Defendants Hal Cox and Sheriff Bryant Mixon.  This attorney respectfully request an extension of time to file a Special Report and Answer in this case.

/s/ C. Winston Sheehan, Jr.
C. WINSTON SHEEHAN, JR.
Attorney for Defendants
Hal Cox and Bryant Mixon

OF COUNSEL:
BALL, BALL, MATTHEWS & NOVAK, P.A.
2000 Interstate Park Drive, Suite 204
Post Office Box 2148
Montgomery, Alabama  36102-2148
Phone:  (334) 387-7680
Fax:     (334) 387-3222

CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2005, electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system which will send notification of such filing to the following registered persons and that those persons not registered with the CM/ECF system were served by U.S. mail:

Staff Attorneys
cc_prose@almd.uscourts.gov

Timmy T. Harris
Dale County Jail
PO Box 279
Ozark, AL 36361

/s/ C. Winston Sheehan, Jr.
OF COUNSEL