IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

_____

TIMMY T. HARRIS                               *

    Plaintiff,                              *

    v.                                          * CIVIL ACTION NO. 1:05-CV-1077-T

HAL COX, *et al.*,                            *

    Defendants.                             *

_____

## ORDER ON MOTION

Plaintiff seeks an order from this court directing that he be allowed to use the law library facilities at the Dale County Jail. Upon consideration of the motion, the court concludes that it is due to be denied.

Accordingly, it is ORDERED that the motion for order authorizing Plaintiff's use of the law library (Doc. No. 7) be and is hereby DENIED.

Done this 9th day of December, 2005.


                                                           /s/Charles S. Coody
                                              CHARLES S. COODY
                                              CHIEF UNITED STATES MAGISTRATE JUDGE