IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

TIMMY T. HARRIS          (Plaintiff)

Vs.                                              Civil Action No: CV-05-1077-T

HAL COX et al            (defendants)

## Motion Requesting Court Appointed Counsel

Comes Now Timmy T. Harris, the Plaintiff and files this his Motion Requesting that this Honorable Court Appoint him an Attorney based on the following:

(1). The Plaintiff has no experience as a Pro Se and feels that he would not represent this case adequate enough to proceed further and therefore he would need the expertise of a trained Civil Attorney.

(2). The Plaintiff is Indigent and cannot afford to hire legal counsel himself.

*[signature]*

Submitted on this the 8th day January 2006

### certificate of Service

I hereby that on January ____ 2006 that I filed the the foregoing with the Clerk of the court and sent or served the registered counsel for the Defendants a true copy of the same via US Mail
Ball, Ball, Matthews & Novak, PA