SHERIFF 

**BRYANT MIXON**

P.O. BOX 279
DALE COUNTY • OZARK, ALABAMA 36361

DALE COUNTY JAIL                               FAX NUMBER: (334) 445-4020

## FAX TRANSMITTAL COVER SHEET

DATE: _1-12-06_

TO: _BALL BALL_

ATTN: _WINSTON SHEEHAN JR_

SUBJECT: _TIMMY HARRIS_

FAX NO. CALLED: _334-387-3222_

LOCATION: _MONT       AL_
(CITY, STATE)

NO. OF PAGES (INCLUDING COVER SHEET): _3_

FROM: _CPT Willis_

COMMENTS: _THANKS_

_I WILL SEND ORG._

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TIMMY T. HARRIS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Civil Action No.: CV-05-1077-T |
| JAMES L. WILLIS, III et al., | ) ) ) |
| Defendants. | ) |

### DECLARATION OF JAMES L. WILLIS, III

STATE OF ALABAMA
COUNTY OF DALE

BEFORE me, the undersigned authority, personally appeared James L. Willis, III, who is known to me, and who being by me first duly sworn, states under oath the following:

My name is James L. Willis, III. At all times material hereto I was serving as the Jail Administrator with the Office of the Dale County Sheriff. I have personal knowledge of the matters set forth herein.

On or about September 8, 2005, at approximately 9:20 a.m., the plaintiff, Timmy Harris, was booked into the Dale County Jail for receiving stolen property in the first degree. Mr. Harris was fingerprinted and a photo was taken. Mr. Harris was dressed in a jail uniform and placed in cell block number 4, which has four (4) two-man cells with a TV and telephone on the wall. This cell block had two other inmates in it at the time Mr. Harris was placed there. Harris was never placed in lockdown on the day of his incarceration and has never been placed in lockdown as of the day that I sign this affidavit. Mr. Harris was given his first appearance on September 9, 2005, before District Court Judge Traywick. A lawyer was provided to Harris for his criminal

charges and I provided Harris with three legal books: (1) criminal procedure; (2) civil procedure; and (3) rules of evidence.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this the 12 day of January, 2006.

JAMES L. WILLIS, III