**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **TIMMY T. HARRIS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Civil Action No.: CV-05-1077-T** |
| | ) | |
| **HAL COX, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## JURY DEMAND

TO:    Timmy Harris, Plaintiff

Please take notice that, pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Dale County Deputy Sheriff, Hal Cox, and Bryan Mixon, Sheriff of Dale County, defendants, hereby demand a jury trial in the above-entitled action.

Dated January 25, 2006.

/s/ C. Winston Sheehan, Jr.
**C. WINSTON SHEEHAN, JR. (SHE013)**
Attorney for Defendants

OF COUNSEL:
BALL, BALL, MATTHEWS & NOVAK, P.A.
2000 Interstate Park Drive, Suite 204
Post Office Box 2148
Montgomery, Alabama  36102-2148
Phone:  (334) 387-7680
Fax:      (334) 387-3222

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 25, 2006, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system which will send notification of such filing to the following registered persons and that those persons not registered with the CM/ECF system were served by U.S. mail:

Staff Attorneys
cc_prose@almd.uscourts.gov

Timmy T. Harris
Dale County Jail
PO Box 279
Ozark, AL 36361

/s/ C. Winston Sheehan, Jr.
OF COUNSEL