IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

TIMMY T. HARRIS (Plaintiff)

vs.

HAL COX et al (Defendants)

RECEIVED
2006 JAN 30 A 9: 28
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DIST. ALA.

Civil Action No: CV-05-1077-T

## NON-JURY DEMAND

To: BALL, BALL, MATTHEWS & NOVAK, P.A

Please take notice that, pursuant to Rule (38) of the Federal Rules of Civil Procedure, Plaintiff Pro'se Timmy Harris hereby demands a Non Jury trial in above titled action.

Dated January 25, 2006

_____
Timmy Harris
Pro'se

### Certificate of Service

I hereby certify that the above is a true and correct notice and has been forwarded to the Clerk of court for filing and copies have been mailed to Attorneys for Defendants

BALL, BALL, MATTHEWS & NOVAK P.A
2000 Interstate Park Drive Suite 204
Post Office Box 2148
Montgomery, Alabama
36102