IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

Timmy T. Harris (Plaintiff)

v.

Hal Cox et al (Defendants)

Civil Action No. 2:05-cv-1077-T

### Notice of Affidavit

Comes Now the Plaintiff Timmy Harris and files these Affidavits and Exhibits of Document as evidence And he will testify to the Same. Pursuant to Rule (56) Federal Rules of Civil Procedure.

(1). The Plaintiff so state that he could not serve copies to the Defendant's Attorney and adds that he did not recieve The Defendant's special report, but did recieve a copy of Magistrate's order Deny.

(2). The Plaintiff does not have access to copies and wasn't permitted Notary or any of the required services Pursuant to Rule (56).

_____
Pro'se Litigant

### Certificate of Service

I hereby certify that the above document is true and correct. And has been filed by DISTRICT COURT CLERK, The Defendants Attorney have been mailed same via US. mail

Submitted on this ___28th___ January 2006

Ball, Ball, Matthews & Novak

Affidavit and Resp 2

## Unlawful Detainment and Unlawful Arrest

I Timmy Terrell Harris Present this Affidavit based on my own Personal Knowledge and set forth the facts that would be evidence and show that I, the Affiant is hereby Competent to testify the same.

(1). That Defendant Hal Cox gave false information in order to obtain a Warrant to Detain the Affiant Timmy Harris. See Exhibit "A" ;but Date of Warrant information is Dated 9-8-05. Note that the Date of the Warrant finally obtained a day later, even though the Next Document shows that the Date 9-9-05 I was placed in custody for well over 14 hours without being charged.

(2). That Defendant Hal Cox Had Prior Knowledge of a Possible charge from another Agency which Indicated that I was to be held for that Jurisdiction I, The Defendant Timmy Harris told Hal Cox that I was Detained Illegally so he created a Charge to Detain me.

(3). That Defendant Hal Cox had known that another State had a charge for the Affiant See exhibits "B" "C" "D" Once the State confirmed it's intent not to Extradite Defendant he Pursued charge of Recieving Stolen Property and added the Charge of Burglary 3rd.

_____

### Certificate of Service

I hereby certify that the above document is true and correct. And has been filed by District Court Clerk, The Defendants Attorney have been mailed same via US Mail

Submitted on this ___28th___  January 2006

BALL, BALL, MATTHEWS & NOVAK