ALABAMA JUDICIAL INFORMATION SYSTEM

* * * IN THE DISTRICT COURT OF DALE COUNTY * * *

AGENCY NUMBER: 05-09-025

WARRANT NUMBER: WR 2005
OTHER CASE NBR:

ORIGINAL

C O M P L A I N T

BEFORE ME THE UNDERSIGNED JUDGE/CLERK/MAGISTRATE OF THE DISTRICT COURT OF DALE COUNTY, ALABAMA, PERSONALLY APPEARED (GJ,PH) K LATHAM WHO BEING DULY SWORN DEPOSES AND SAYS THAT HE/SHE HAS PROBABLE CAUSE FOR BELIEVING, AND DOES BELIEVE THAT  TIMMY T. HARRIS  DEFENDANT, WHOSE NAME IS OTHERWISE UNKNOWN TO THE COMPLAINANT, DID WITHIN THE ABOVE NAMED COUNTY AND

DID ON OR ABOUT SEPTMEBER 8, 2005, INTENTIONALLY RECEIVE, RETAIN OR DISPOSE OF STOLEN PROPERTY, TO-WIT: A 1994 4 DOOR FORD TEMPO, THE PROPERTY OF EMANUEL BERRY BRUCE, OF THE VALUE OF $2501.00, KNOWING THAT IT WAS STOLEN OR HAVING REASONABLE GROUNDS TO BELIEVE IT HAD BEEN STOLEN AND NOT HAVING THE INTENT TO RESTORE IT TO ITS OWNER,
IN VIOLATION OF 13A-008-017  OF THE CODE OF ALABAMA,
AGAINST THE PEACE AND DIGNITY OF THE STATE OF ALABAMA.

_Kenneth Latham_
COMPLAINANT'S SIGNATURE

SWORN TO AND SUBSCRIBED BEFORE ME THIS THE 09 DAY OF SEPTEMBER, 2005

_Mary Bludsworth_
JUDGE/CLERK/MAGISTRATE OF DISTRICT COURT

CHARGES:  REC STOLEN PROP 1ST   13A-008-017    F FELONY

WITNESS FOR THE STATE

(GJ,PH) K LATHAM/NEWTON POLICE DEPT./NEWTON/36352
JUDY SNELL/509 MORNING MIST RD./NEWTON/36352
JIMMY SNELL/509 MORNING MIST RD./NEWTON/36352
TERRY WOODHAM/1482 CO. RD. 513/NEWTON/36350

OPERATOR: MOL    DATE: 09/09/2005

Exhibit "A"

```
                              ) A R R A N T
STATE OF ALABAMA              DALE COUNTY           ORIGINAL    STRICT COURT
AGENCY NUMBER: 05-09-025                WARRANT NUMBER: WR 2005 001290.00
                                        OTHER CASE NBR:

TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA:

YOU ARE HEREBY COMMANDED TO ARREST    TIMMY T. HARRIS    AND BRING
HIM/HER BEFORE THE DISTRICT   COURT OF DALE COUNTY TO ANSWER THE STATE
ON A CHARGE(S) OF:
              REC STOLEN PROP 1ST    CLASS: B  TYPE: F  COUNTS: 001
AND HAVE YOU THEN AND THERE THIS WRIT WITH YOUR RETURN  THEREON.

YOU WILL RECEIVE UNTO YOUR CUSTODY AND DETAIN HIM/HER UNTIL THE
_____ DAY OF _____ _____, OR UNTIL LEGALLY DISCHARGED.

DATED THIS 09 DAY OF SEPTEMBER, 2005

BOND SET AT:  (1)
              (2)      $5,000.00   BOND TYPE: PROPERTY BOND
              (3)
```

*Mary Bludsworth*
JUDGE/CLERK/MAGISTRATE OF DISTRICT COURT

```
CHARGES: REC STOLEN PROP 1ST    13A-008-017         F  FELONY

NAME: TIMMY T. HARRIS
ADDRESS: 4016 POWHATTEN AVENUE          ALIAS:
ADDRESS:                                ALIAS:
CITY: TAMPA             STATE: FL       ZIP: 00000 0000
                                        PHONE: 000 000 0000 EXT: 000

EMPLOYMENT:
DOB: 11/28/1969     RACE: B      SEX: M       HAIR: BLK
EYE: BRO   HEIGHT: 5'08"    WEIGHT: 220
SID: 000000000  SSN: 424470237   DL NUM: H620-81
```

E X E C U T I O N

EXECUTED THE WITHIN WARRANT BY ARRESTING THE DEFENDANT AND

( ) PLACING DEFENDANT IN THE DALE COUNTY JAIL

( ) RELEASING DEFENDANT ON APPEARANCE BOND

THIS __9th__ DAY OF __September__ __2005__

SHERIFF
BY *Kenneth Latham*

Exhibit "A" extended

```
COMPLAINANT:   (GJ,PH) K LATHAM
               NEWTON POLICE DEPT.
               NEWTON  AL  36352

OPERATOR: MOL      DATE: 09/09/2005
```

FILED
DALE COUNTY, AL
SEP 12 2005
MARY BLUDSWORTH
CIRCUIT CLERK