

# VALDOSTA POLICE DEPARTMENT
## DETECTIVE DIVISION

(229) 293-3145          FAX (229) 293-3152

---

### FACSIMILE TRANSMITTAL SHEET

| | |
|---|---|
| TO: INVESTIGATOR HAL COX | FROM: DETECTIVE ROBERT RENFROE |
| COMPANY: DALE COUNTY S.O. | DATE: SEPTEMBER 8, 2005 |
| FAX NUMBER: (334) 774-2909 | TOTAL NO. OF PAGES INCLUDING COVER: 3 |
| PHONE NUMBER: (334) 774-2335 | |
| RE: TIMMY HARRIS  Motor Vehicle Theft | |

NOTES/COMMENTS:

**CONFIDENTIALITY NOTE:**
This information contained in this facsimile transmission is intended only for the personal and confidential use of the designated recipients named above. This transmission may be a police-criminal information communication and as such is privileged and confidential. If you have received this communication in error, please notify us immediately by telephone and return the original message to us by mail.

Exhibit "B"

500 NORTH TOOMBS STREET, VALDOSTA, GEORGIA 31601