\*\*\*  VALDOSTA POLICE DEPARMENT  \*  PAGE: 1

SUPPLEMENTAL REPORT FOR CASE NUMBER: 050901225    REPORT DATE: 09/07/2005

VICTIM NAME: BERRY, BRUCE EMANUEL    OFFICER: CARLTON HARRELL

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

On 09-07-2005 at 1001 hours, I was dispatched to the Police Department in reference to a motor vehicle theft. Upon arrival I spoke to Bruce Berry who told me that the above listed vehicle was taken without his permission. Berry told me that his vehicle was being repaired by the afore listed suspect, who was staying at the above location, and has a Florida driver's license of: H620818694280. Berry said that the vehicle and the suspect have not been seen since 09-06-2005 at 0800 hours. Berry also told me that the vehicle had not currently been in use due to it not having valid registration or insurance. Berry stated that he wished to prosecute. I entered the vehicle into GCIC as stolen and issued Berry a victim's crime-bill pamphlet.

Exhibit "C"