# INCIDENT REPORT

| Field | Value |
|---|---|
| AGENCY ID (ORI) | GA 0920100 |
| CASE NUMBER | 050901225 |
| INCIDENT TYPE | THEFT BY TAKING (AUTO THEFT) |
| COUNTS | 1 |
| INCIDENT CODE | 2404 |
| PREMISE TYPE | X ALL OTHER |
| INCIDENT LOCATION | 317 VIRGINIA AVE VALDOSTA, 31 |
| LOC. CODE | 004 |
| INCIDENT DATE | 9/06/05 |
| TIME | 0800 |
| TO DATE | 9/07/05 |
| TIME | 1001 |
| STRANGER TO STRANGER | NO X |
| COMPLAINANT | BERRY, BRUCE EMANUEL |
| ADDRESS | 405 WOODROW WILSON DR. 31601 |
| PHONE | 249-0202 |
| VICTIM'S NAME | BERRY, BRUCE EMANUEL |
| RACE | B |
| SEX | M |
| AGE | 42 |
| RESIDENCE PHONE | 249-0202 |
| BUSINESS PHONE | 244-5669 |
| ADDRESS | 405 WOODROW WILSON DR. 31601 |
| EMPLOYER OR OCCUPATION | SALVATION ARMY |
| STUDENT? | NO X |

Handwritten: Renfroe · 9-8-05 · Exhibit D

### VEHICLE

| Field | Value |
|---|---|
| STOLEN | 1 |
| RECOVD | 0 |
| SUSPECTS | 0 |
| TAG NUMBER | AJR4945 |
| STATE | GA |
| YEAR | 5 |
| V.I.N. | 2FAPP36X6RB105742 |
| VALUE | 1500 |
| YEAR | 94 |
| MAKE | FORD |
| MODEL | TEMPO |
| STYLE | GL |
| COLOR | GRN |
| DATE OF OFFENSE | 9/06/05 |

REPORT DATE: 9/07/05

### NARRATIVE

On 09-07-2005 at 1001 hours, Bruce Berry reported that someone known to him took his vehicle without his permission.

| | | |
|---|---|---|
| REPORTING OFFICER | HARRELL, CARLTON | 6727 |
| APPROVING OFFICER | MCDONALD, KENNY | 6407 |

"Affidavit and Response"

## Illegal Search & Siezure

I, Timmy Terrell Harris Present this Affidavit based on my own Personal Knowledge and Set forth the facts that would be evidence and show that I the Affiant is hereby competent testify the same:

Exhibit #1  The Defendant Hal Cox did search a 1994 Ford Tempo that was in the Possession or Control of the Affiant Timmy Harris, and did not get verbal consent nor did he obtain a search warrant on that Day of September 8, 2005.

Exhibit #2  The Defendant Hal Cox Did sieze several items from the Same Vehicle Pictured in Exhibit #1 see Arrest Narrative highlighted showing items said to have been taken, without verbal consent nor warrant.

Exhibit #3  The Defendant Hal Cox Did file in the Report Listed as Exhibit #3 other items (Highlighted).

_____
AFFIANT

### Certificate of Service

I hereby certify that the above document is true and correct And has been filed by District Court Clerk. The Defendants Attorney have been mailed same via US Mail

Submitted on this 28th January 2006

BALL, BALL, MATTHEWS & NOVAK