Exhibit #1



