# ALABAMA UNIFORM ARREST REPORT

Finger-printed: ☐ Yes ☐ No
R84 Completed: ☐ Yes ☐ No

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

## IDENTIFICATION

| Field | Value |
|---|---|
| 1 ORI # | 0260500 |
| 2 AGENCY NAME | Newton Police Department |
| 3 CASE # | 05-09-0215 |
| 4 SFX | M |
| 5 LAST, FIRST, MIDDLE NAME | Harris, Timmy T. |
| 6 ALIAS AKA | |
| 7 SEX | M |
| 8 RACE | W |
| 9 HGT | 5'8 |
| 10 WGT | 220 |
| 11 EYE | Bro |
| 12 HAIR | Bln |
| 13 SKIN | Med |
| 14 | (no scars, marks, tattoos, amputations) |
| 15 PLACE OF BIRTH | |
| 16 SSN | 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 |
| 17 DATE OF BIRTH | 11-28-69 |
| 18 AGE | 36 |
| 28 | NON-RESIDENT |
| 27 HOME ADDRESS | 4016 Powhatten Ave. Tampa Fl. |

## ARREST

| Field | Value |
|---|---|
| 33 LOCATION OF ARREST | Rail Side Auction Co. Hwy 231 Newton, Al 36352 |
| 36 ARRESTED FOR YOUR JURISDICTION? | YES — IN STATE |
| 38 CONDITION OF ARRESTEE | SOBER |
| 37 RESIST ARREST? | NO |
| 38 INJURIES? | NONE |
| 39 ARMED? | N |
| 44 TYPE ARREST | ON VIEW |
| 45 ARRESTED BEFORE? | UNKNOWN |
| 46 CHARGE-1 | FEL — Burglary 111 |
| 48 CHARGE-2 | Receiving Stolen Property 1 |
| 50 STATE CODE | 13A-7-7 |
| 53 STATE CODE | 13A-8-17 |
| 66 ARREST DISPOSITION | HELD |

## VEHICLE

| Field | Value |
|---|---|
| 70 VYR | 1994 |
| 71 VMA | Ford |
| 72 YMO | Tempo |
| 73 VST | 4DR |
| 74 VCO TOP/BOTTOM | Green / Green |
| 75 TAG # | AJR 4945 |
| 76 LIS | GA |
| 77 LIY | 05 |
| 78 VIN # | 2FAPP36X6RB105742 |
| 79 IMPOUNDED? | YES |
| 80 STORAGE LOCATION/IMPOUND # | Dale Co. Impound Yd./Road Doctor |
| 81 OTHER EVIDENCE SEIZED | Thunderbird Wine 1/ Plastic Coke Bottle / Brown Shoes / 3 Cast Iron Pieces / Cammo Hat / 4 Sets Prints |

## RELEASE

Exhibit "3"

| Field | Value |
|---|---|
| 111 ARRESTING OFFICER | Cox, Hal |
| 113 ARRESTING OFFICER | Latham, Kenneth |
| 114 ID # | 504 |