IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

_____

| | | |
|---|---|---|
| TIMMY T. HARRIS | * | |
| Plaintiff, | * | |
| v. | * | 1:05-CV-1077-MHT |
| HAL COX, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER**

For good cause, the Clerk is directed to SEND a copy of Document Number 13, including all attachments, to Plaintiff.

Done this 3rd day of February 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE