IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

TIMMY T. HARRIS
(Plaintiff)

v.

HAL COK, et al
(Defendants)

RECEIVED
2006 FEB -7 A 9:56

Civil Action No: CV-05-1077-T

## PLAINTIFF'S REQUEST FOR COURT APPOINTED COUNSEL

Comes Now the Plaintiff and files this REQUEST FOR COURT APPOINTED COUNSEL.

(1). The Defendant James Willis III has severly enforced a malicous series of Attacks on the Plaintiff's Right to access the courts. James Willis III personally intercepts and opens all Legal Mail that the Plaintiff's recieve from both courts both Civil and Criminal.

(2). The Defendant James Willis III has stated that he would see that the Plaintiff be sent to Prison if he continues Pursue the Complaint. The Defendant has taken all Ink Pen's In a effort to stop the Plaintiff from communicating with Court's see Exhibits and Affidavit of statement.

Done on this Day ___3rd___ February 2006.

### Certificate of Service

I here by certify that the above is true and correct and has been Filed by the Clerk of Court and also sent to the Attorney for Defendants.

BALL, BALL, MATTHEWS & NOVAK
Post Office Box 2148
Montgomery, Alabama
36102