IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

TIMMY T. HARRIS
(Plaintiff)

VS.

HAL COX, et al
(Defendants)

Civil Action N. CV-05-1077 T

RECEIVED
2006 FEB -7 A 9:26

## PLAINTIFF'S NOTICE THAT DEFENDANTS HAVE NOT FULLY COMPLIED WITH ANSWER AND REPORT

Comes Now The Plaintiff and files this his Notice of failure to comply with Magistrate's orders

(1). The Defendants did not send both Defendant's Answer and Report. The Plaintiff recieved JAMES WILLIS III, but Did not recieve HAL COX's separate Answer and Report.

(2). The Defendants did not send the Answer and Report until The Plaintiff's time to Respond date had elapsed.

Done on this the 3rd day of February 2006

### Certificate of Service

I hereby certify that the above is a true and correct document and has been filed with the Court Clerk and has been sent to Defendant's Attorney via U.S. mail

BALL, BALL, MATTHEWS & NOVAK
Post Office Box 2148
Montgomery, Alabama
36102