IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED

TIMMY T. HARRIS
(PLAINTIFFS)

2006 FEB -8 A 9: 34

V.

CASE No. CIVIL ACTION No 1:05-CV-1077-T

HAL COX et at

## Affidavit of Statement

I the Plaintiff of the above hereby declare that
On the 9-8-2005. That One Hal Cox(at the time
Not being Authorized or Qualified to do so filed
a Arrest Warrant for the Charge of Recieving
Stolen Property While having the proper knowledge
of Law that the Plaintiff had been charged for
the Theft or taking of the Same car Attached
Is Proof of Charge see Hal Cox transmitted info
from Valdosta Police Department stating
that Plaintiff had taken Vehicle See case
Law Showing that I could Not be charged with
Recieving Stolen Property When I WAS charged
Same THEFT.

Hal Cox at the time was a K-9 Patrol who botched up a Burglary or Breaking Glass es: Vandalism case used a Illegal Charge to detain the Plaintiff.

The Dals County Sheriff's Department Has A Burglary Investigator Dns Paul Blackmon's who at the time Could not be teached. Common Sense was not even Considered by Hal Cox nor was the Charge Designed for the Charge of Bringing Stolen Merchandise/taken without Permission vehicles The Charge Is Defined Under 13A-008-020.

See Exhibits                    Done So on this 6th February 2006.

<u>Certificate of Service</u>

I hereby Cerify that the Above is a Correct Document And has been filed with The Court Clerk and Due to the Jail Administrator being a Defendant In same the Plaintiff does not have access to Copy's.

Ball, Ball, Matthews and Novak
Po Box 2148
Montgomery, Alabama
         36102-2148