

# VALDOSTA POLICE DEPARTMENT
## DETECTIVE DIVISION

(229) 293-3145                              FAX (229) 293-3152

---

### FACSIMILE TRANSMITTAL SHEET

| | |
|---|---|
| TO: INVESTIGATOR HAL COX | FROM: DETECTIVE ROBERT RENFROE |
| COMPANY: DALE COUNTY S.O. | DATE: SEPTEMBER 8, 2005 |
| FAX NUMBER: (334) 774-2909 | TOTAL NO. OF PAGES INCLUDING COVER: 3 |
| PHONE NUMBER: (334) 774-2335 | |
| RE: TIMMY HARRIS  Motor Vehicle Theft | |

NOTES/COMMENTS:

**CONFIDENTIALITY NOTE:**
This information contained in this facsimile transmission is intended only for the personal and confidential use of the designated recipients named above. This transmission may be a police-criminal information communication and as such is privileged and confidential. If you have received this communication in error, please notify us immediately by telephone and return the original message to us by mail.

---

500 NORTH TOOMBS STREET, VALDOSTA, GEORGIA 31601

```
***      VALDOSTA POLICE DEPARMENT        *        PAGE:    1
```

SUPPLEMENTAL REPORT FOR CASE NUMBER: 050901225    REPORT DATE: 09/07/2005

VICTIM NAME: BERRY, BRUCE EMANUEL        OFFICER: CARLTON HARRELL

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

On 09-07-2005 at 1001 hours, I was dispatched to the Police Department in reference to a motor vehicle \theft\ Upon arrival I spoke to Bruce Berry who told me that the above listed vehicle was taken without his permission. Berry told me that his vehicle was being repaired by the afore listed suspect, who was staying at the above location, and has a Florida driver's license of: \H620818694280.\ Berry said that the vehicle and the suspect have not been seen since 09-06-2005 at 0800 hours. Berry also told me that the vehicle had not currently been in use due to it not having valid registration or insurance. Berry stated that he wished to prosecute. I entered the vehicle into GCIC as stolen and issued Berry a victim's crime-bill pamphlet.

# INCIDENT REPORT

**AGENCY:** GA 0920100
**CASE NUMBER:** 050901225

**INCIDENT TYPE:** THEFT BY TAKING (AUTO THEFT) Penske
**COUNTS:** 1
**INCIDENT CODE:** 2404
**PREMISE TYPE:** X All Other

**INCIDENT LOCATION:** 317 VIRGINIA AVE VALDOSTA, 31
**LOC. CODE:** 004
**INCIDENT DATE:** 9/06/05  **TIME:** 0800  to  **DATE:** 9/07/05  **TIME:** 1001
**STRANGER TO STRANGER:** NO X
**WEAPON TYPE:** (none marked)

**COMPLAINANT:** BERRY, BRUCE EMANUEL
**ADDRESS:** 405 WOODROW WILSON DR. 31601
**PHONE NUMBER:** 2490202

**VICTIM'S NAME:** BERRY, BRUCE EMANUEL
**ADDRESS:** 405 WOODROW WILSON DR. 31601
**RACE:** B  **SEX:** M  **AGE:** 43
**RESIDENCE PHONE:** 249-0202
**BUSINESS PHONE:** 244-5669
**STUDENT?:** NO X
**EMPLOYER OR OCCUPATION:** SALVATION ARMY

**OFFENDER:** 9-8-05 (handwritten)

**VEHICLE:**
- STOLEN: 1
- RECOVD: 0
- SUSPECTS: 0
- **TAG NUMBER:** AJR4945  **STATE:** GA  **YEAR:** 5
- **V.I.N.:** 2FAPP36X6RB105742  1500
- **YEAR:** 94  **MAKE:** FORD  **MODEL:** TEMPO  **STYLE:** GL  **COLOR:** GRN
- **DATE OF OFFENSE:** 9/06/05

**DRUG-RELATED:** NO X

**NARRATIVE:** On 09-07-2005 at 1001 hours, Bruce Berry reported that someone known to him took his vehicle without his permission.

**REPORT DATE:** 9/07/05

**REPORTING OFFICER:** HARRELL, CARLTON  **NUMBER:** 6727
**APPROVING OFFICER:** MCDONALD, KENNY  **NUMBER:** 6407

Get a Document - by Citation - 821 So. 2d 219
Case 1:05-cv-01077-MHT-WC   Document 21-2   Filed 02/08/2006   Page 4 of 19
Page 4 of 19

*HN16* One cannot be convicted of receiving stolen property when the evidence establishes that he participated in the theft. More Like This Headnote

Criminal Law & Procedure > Appeals > Reviewability > Preservation for Review

*HN17* Appellate review is limited to matters properly raised before the trial court. More Like This Headnote

Criminal Law & Procedure > Postconviction Proceedings > Motions for New Trial

*HN18* A motion for a new trial must be filed within 30 days of pronouncement of sentence. Ala. R. Crim. P. 24.1. More Like This Headnote

**COUNSEL:** For Appellant: Damon Q. Smith, Florence.

Anthony K. Brown, Pro se.

For Appellee: Bill Pryor, atty. gen., and Joseph G.L. Marston III, asst. atty. gen.

**JUDGES:** FRY, Judge, Long, P.J., and McMillan, Cobb, and Baschab, JJ., concur.

**OPINIONBY:** FRY

**OPINION:** [*221]

FRY, Judge.

The appellant, Anthony Keith Brown, appeals from his convictions for one count of receiving stolen property in the first degree, a violation of § 13A-8-17, Ala. Code 1975; one count of receiving stolen property in the second degree, a violation of § 13A-8-18, Ala. Code 1975; one count of conspiracy to unlawfully possess or receive a controlled substance, a violation of §§ 13A-12-212 and 13A-12-204, Ala. Code 1975; three counts of burglary in the third