Timmy

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Southern Division

Timmy T. Harris
Plaintiff

V.

Hal Cox et al
Defendant

CASE CIVIL ACTION 1:05-CV-1077-T

## Affidavit of Statement

I hereby Declare that I The Plaintiff

WAS DECLARED FREE FROM A FELONY and

WAS DONE SO LONG BEFORE BEING

IN DALE COUNTY, I THE PLAINTIFF ASSERTS

THAT DALE COUNTY SHERIFF INVESTIGATORS

HAVE NO EXPERIENCE OR EXPERTISE SO THEY

USE STREET TACTICS TO OBTAIN CONVICTIONS

AND DEFAMATION IS A TOOL so I SUBMIT

ONE COURT MINUTE Denying Hal Cox's

Claim of Numerous priors,

Dneso on This 6th February 2005

<u>Certificate of Service</u>

I HEREBY CERTIFY THAT THE ABOVE HAS BEEN FILED WITH THE COURT CLERK AND I WOULD HAVE SENT OTHERS BUT THE DEFENDANT JAMES WILLIS III would not ALLOW ME TO USE Copier,

Done on THIS DAY 8th February 2006,

BAll, BALL, MATTHEWS & NOVAK
PO BOX 2148
Montgomery, ALA
        36102-2148