## MINUTE ENTRIES

**DATE:** 20 JAN 2006  
**TIME:** 12:00:06  
**REPORT:** Minutes

CLERK OF CIRCUIT COURT  
HILLSBOROUGH COUNTY, FLORIDA

**PAGE:** 1 OF 4

---

**Full Name:** HARRIS, TIMMY TERRELL  
**ID:** @575001  
**SOID No** 0049902;   **Party:** D001  
**Party Status:** Closed - 08/20/2002

**Case Id:** 02-CF-006899   **UCN:** 292002CF006899D001TA  
**Case Created:** 04/29/2002   **Case Status:** Closed - 08/20/2002 C  
**Case Type:** Theft Forgery Fraud

---

| Date | Count | Code Description | Ruling Description | Text |
|---|---|---|---|---|
| 03/04/2004 | | ASSISTANT STATE ATTORNEY | | DANIEL FISCHETTI |
| 03/04/2004 | | DEFENDANT | | IS NO LONGE RA CONVICTED FELON |
| 03/04/2004 | | DEFENDANT NOT PRESENT | | |
| 03/04/2004 | | PRESIDING JUDGE | | BARBAS |
| 03/04/2004 | | SEE FREE FORM TEXT | | CASE WAS NOLLE PROSSED ON 13-JAN-2004 PURSUANT TO SECOND DCA ORDER |
| 03/04/2004 | 3 | SET ASIDE | | COURT SET ASIDE JUDGMENT OF GUILT FROM 20-AUG-2002 |
| 03/04/2004 | 3 | SET ASIDE | | COURT SET ASIDE JURY GUILTY VERDICT FROM 23-JUL-2002 |
| 03/04/2004 | | COURT REPORTER | | LINDA STURM |
| 03/04/2004 | | BY ATTORNEY | | PD ANN SHANE |
| 01/20/2004 | | PRESIDING JUDGE | | BARBAS |
| 01/20/2004 | | CASE STRICKEN OFF DOCKET | | |
| 01/20/2004 | | COURT REPORTER | | LINDA STURM |
| 01/13/2004 | | ASSISTANT STATE ATTORNEY | | DANIEL FISCHETTI & JENNIFER GABBARD |
| 01/13/2004 | | BY ATTORNEY | | PD ANN SHANE |
| 01/13/2004 | | COURT REPORTER | | LINDA STURM & KIM GREEN |
| 01/13/2004 | | PRESIDING JUDGE | | BARBAS & FICARROTTA |
| 01/13/2004 | | DEFENDANT NOT PRESENT | | |
| 12/16/2003 | | ASSISTANT STATE ATTORNEY | | DANIEL FISCHETTI |
| 12/16/2003 | | BY PUBLIC DEFENDER | | ANN DEE SHANE |
| 12/16/2003 | | CONTINUED | | PTR 1/13/04 (REVERSAL ON APPEAL); JTR 1/20/04 (REVERSAL ON APPEAL) |
| 12/16/2003 | | DEFENDANT NOT PRESENT | | |
| 12/16/2003 | | PRESIDING JUDGE | | REX BARBAS |
| 12/16/2003 | | COURT REPORTER | | CONNIE CONCHETTA |
| 11/19/2003 | | CONTINUED | | HEA REVERSAL ON APPEAL 16-DEC-2003 08:30AM |
| 11/19/2003 | | NOTIFY DEFENDANT | | |