IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

_____

| | | |
|---|---|---|
| TIMMY T. HARRIS | * | |
| Plaintiff, | * | |
| v. | * | 1:05-CV-1077-MHT |
| HAL COX, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's second request for appointment of counsel (Doc. No. 19), and for the reasons stated in the court's January 17, 2006 order denying the original request (*see* Doc. No. 12), it is

ORDERED the motion (Doc. No. 19) be and is hereby DENIED.

Done this 13th day of February 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
 UNITED STATES MAGISTRATE JUDGE