IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

Timmy Harris
(Plaintiff)

Vs.

Hal Cox et al
(Defendant)



2006 JUN 27 A 10: 24

DEBRA P.
U.S. DIS
MIDDLE

Civil Action No CV-05-1077-T

Plaintiffs Motion for Case Status
Civil Action No CV-05-1077-T

Comes Now, the Plaintiff and files this his request for the Case Status of the Civil Action No CV-05-1077-T

*/s/ Timmy Harris*

Certificate of Service

I hereby certify that I have sent the following to the Clerk for filing and I have sent the Defendants a copy of the same via US Mail.

On this the 26th day of June 2006