IN THE UNITED STATES DISTRICT COURT
THE MIDDLE DISTRICT OF ALABAMA

Timmy Harris

V.   Civil Case # 1:05-CV-1077-MHT

Hal Cox et al

RECEIVED
2006 JUL 24 A 10:16

### Plaintiffs Notice of Change of Address

Comes Now the Plaintiff and files this his notice of change of Address.

The Defendant has been transferred to The Lowndes County Jail in Valdosta Georgia and request that all of his mail be forwarded to Clarence Helms
310 EL PLACIO PLAZA
Ozark, Ala
36360

### Certificate of Service

I hereby Certify that the above has been forwarded to the Clerk of the Court, and has been mailed via U.S. mail to the Defendant's Counsel.

Done on this the 14th day of July 2006.

_____
Pro/se