IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

Timmy T. Harris
(Plaintiff)

V.

Kenneth Latham, et'al

RECEIVED

2007 JAN -3   A 9:56

CIVIL ACTION NO. 1:05-CV-1187-T
AND 1:05-CV-1077-MHT

## PLAINTIFF'S REQUEST FOR CASE STATUS
## ON THE ABOVE STYLED CASE NO. 1:05-CV-1187-T

Comes Now, The Plaintiff and files this his
Request for case status based on the fact
that he has not heard from the court since
he filed for a notice of address change,

Wherefore submitted under these premises
on this the ___29th___ day of December 2006,

By: Timmy Harris

<u>CERTIFICATE OF SERVICE</u>

I hereby Certify that the Plaintiffs Notice of Request for Case Status is true and correct and that it has been filed with the Honorable Court Clerk and that the Defendant's have been mailed via US Mail.

On this the ___28th___ day of __DECEMBER__ 2006.