IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TIMMY T. HARRIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No.: CV-05-1077-T |
| | ) |
| HAL COX, et al., | ) |
| | ) |
| Defendants. | ) |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW the Defendant, Hal Cox, in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

1.   This party is an individual.

Respectfully submitted this 28th day of February, 2008.

/s/ C. Winston Sheehan, Jr.
C. WINSTON SHEEHAN, JR.
Attorney for the Defendant, Hal Cox

OF COUNSEL:
BALL, BALL, MATTHEWS & NOVAK, P.A.
2000 Interstate Park Drive, Suite 204
Post Office Box 2148
Montgomery, Alabama  36102-2148
Phone:  (334) 387-7680
Fax:     (334) 387-3222

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 28, 2008, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system which will send notification of such filing to the following registered persons and that those persons not registered with the CM/ECF system were served by U.S. mail:

Staff Attorneys
cc_prose@almd.uscourts.gov

Timmy T. Harris
Dale County Jail
PO Box 279
Ozark, AL 36361

                                      /s/ C. Winston Sheehan, Jr.
                                      OF COUNSEL