IN THE UNITED STATES  DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

_____

TIMMY T. HARRIS                          *

    Plaintiff,                            *

       v.                                *        1:05-CV-1077-MHT
                                                         (WO)
HAL COX, *et al.*,                       *

    Defendants.                          *

_____

**ORDER**

The magistrate judge filed a recommendation (Doc. #33) in this case to which no timely objections have been filed.  After a review of the recommendation and after an independent and de novo review of the entire record, the court believes that the recommendation should be adopted.  Accordingly, it is ORDERED that:

(1)     The recommendation (Doc. #33) of the magistrate judge is adopted.

(2)     Defendants' motion for summary judgment (Doc. #13) is granted.

(3)     Judgment is entered in favor of defendants and against plaintiff, with plaintiff taking nothing by his complaint.

(4)     Costs are taxed against plaintiff, for which execution may issue.

An appropriate judgment will be entered.

DONE, this the 26th day of March, 2008.

_____/s/ Myron H. Thompson_____
UNITED STATES DISTRICT JUDGE