IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

_____

TIMMY T. HARRIS          *

   Plaintiff,            *

      v.                  *   1:05-CV-1077-MHT
                                                (WO)
HAL COX, *et al.*,       *

   Defendants.           *

_____

## JUDGMENT

In accordance with the prior proceedings, opinions, and orders of the court, it is ORDERED and ADJUDGED that judgment is entered in favor of defendants and against plaintiff, with plaintiff taking nothing by his complaint.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 26th day of March, 2008.

                                              /s/ Myron H. Thompson
                                      UNITED STATES DISTRICT JUDGE