UNITED STATES DISTRICT
MIDDLE DISTRICT OF ALABAMA
Southern DIVISION

Timmy T. Harris

v.

Hal Cox et al

Civil Action No 1:05-CV-1185

1:05CV1077-MHT

RECEIVED
2008 MAY 12 A 10: 26
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Notice of Appeal

Notice is hereby given that the Plaintiff Timmy T. Harris above named, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Judgment entered on the 28th day of March 2008

Timmy Harris
5-8-08

P.O Box 120 Prison Farm Rd
Valdosta, Georgia
31601