Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

June 27, 2008

**Appeal Number: 08-12710-D**
Case Style: Timmy T. Harris v. Hal Cox
District Court Number: 05-01077 CV-1-MHT

TO:   Debra P. Hackett

CC:   Timmy T. Harris

CC:   C. Winston Sheehan, Jr.

CC:   Administrative File

# United States Court of Appeals

Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Thomas K. Kahn
Clerk

For rules and forms visit
www.ca11.uscourts.gov

June 27, 2008

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

**Appeal Number: 08-12710-D**
Case Style: Timmy T. Harris v. Hal Cox
District Court Number: 05-01077 CV-1-MHT


The enclosed certified copy of this Court's order dismissing the appeal for lack of jurisdiction is issued as the mandate of this court. See 11th Cir. R. 40-4 and 11th Cir. R. 41-4.

            Sincerely,

            THOMAS K. KAHN, Clerk

            Reply To: Nancy Holbrook (404) 335-6183

Encl.

DIS-4 (3-2005)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

```
FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JUN 2 7 2008
THOMAS K. KAHN
CLERK
```

No. 08-12710-D

TIMMY T. HARRIS,

                            Plaintiff-Appellant,

versus

HAL COX,
Investigator,
BRYANT MIXON,
Sheriff,

                            Defendants-Appellees.

Appeal from the United States District Court for the
Middle District of Alabama

A True Copy - Attested:
Clerk, U.S. Court of Appeals,
Eleventh Circuit

Before BARKETT, MARCUS, and WILSON, Circuit Judges.

BY THE COURT:

    This appeal is DISMISSED, sua sponte, for lack of jurisdiction. Timmy T. Harris's pro se notice of appeal, dated May 8, 2008 and filed on May 12, 2008, is untimely from the judgment entered on March 26, 2008. See Fed.R.App.P. 4(a)(1) & (c); Rinaldo v. Corbett, 256 F.3d 1276, 1278 (11th Cir. 2001); Washington v. United States, 243 F.3d 1299, 1301 (11th Cir. 2001).

    No motion for reconsideration may be filed unless it complies with the timing and other requirements of 11th Cir.R. 40-4 and all other applicable rules.